

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CARTER,<br><br>                       Plaintiff,<br><br>v.<br><br>KAPPA ALPHA PSI FRATERNITY, INC., et al.,<br><br>                      Defendants. | Case No.: 23-cv-542-CAB-BLM<br><br>**ORDER DISMISSING CASE** |

On March 27, 2023, Plaintiff, *pro se*, filed his Complaint [Doc. No. 1] as a class action alleging violation of the Fair Credit Reporting Act and other state law claims. Because the Court lacks subject matter jurisdiction, this case is **DISMISSED.**

The civil cover sheet states this Court has jurisdiction based on diversity, as the parties have diversity of citizenship and the amount in controversy exceeds $75,000. However, Plaintiff cannot establish original jurisdiction over this class action pursuant to 28 U.S.C. § 1332(d)(2) because he proceeds in this litigation *pro se*. *See Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008) ("It is well established that the privilege to represent oneself *pro se* . . . is personal to the litigant and does not extend to other parties or entities."); *See also McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1966) (affirming dismissal of a class action for lack of jurisdiction because a *pro se* plaintiff "has

no authority to appear as an attorney for others than himself"). Federal Rule of Civil Procedure 23 does not permit a *pro se* litigant to proceed with a class action. *See Rudgayzer v. Yahoo! Inc.*, 2012 WL 5471149, at *5 (N.D. Cal. Nov. 9, 2012).

While Plaintiff raises a federal question under the Fair Credit Reporting Act, he cannot bring his claims on behalf of others. For this reason, the Court **DISMISSES** this case for lack of subject matter jurisdiction. Plaintiff has until **May 5, 2023** to either (1) have counsel file an appearance to proceed on behalf of the class, or (2) proceed as a *pro se* litigant and file an amended complaint as an individual. If no counsel appears or an amended complaint is not filed by **May 5, 2023**, the Clerk of Court shall **CLOSE** this case.

It is **SO ORDERED**.

Dated: March 30, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge